IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SEVERIANO PEREZ,<br>Wichita County Jail No. SO 55023, | §<br>§<br>§ | |
| Plaintiff, | §<br>§ | |
| v. | §<br>§ | Civil Action No. 7:18-CV-00080-M-BP |
| WICHITA COUNTY JAIL, | §<br>§<br>§ | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** without prejudice.

**SO ORDERED** this 17th day of October, 2018.

_____
BARBARA M. G. LYNN
CHIEF JUDGE